UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

Plaintiff,

-v-

THE UNITED STATES OF AMERICA,

Defendant.

---------------------------------------------------------------------X

26-CV-3821 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

The Complaint in this case was filed with the Court on March 8, 2026, *see* ECF No. 1, and the docket reflects that the Complaint has been served on Defendant on July 2, 2026, *see* ECF No. 5. But Defendant has not yet filed an answer to the Complaint. In view of that, Defendant's deadline to answer is hereby EXTENDED, *nunc pro tunc*, to **September 15, 2026** and the initial pretrial conference currently scheduled for September 15, 2026 at 9:00 a.m., *see* ECF No. 7, is ADJOURNED to **October 20, 2026 at 9:00 a.m.** Failure to file an answer by that deadline may lead to an entry of default judgment against Defendant.

SO ORDERED.

Dated: September 8, 2026
New York, New York

JESSE M. FURMAN
United States District Judge